# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Quito Alejandro and Rosa Quito | CASE NO.: 21–22288–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–7036    xxx–xx–5869 | CHAPTER: 7 |

---

## NOTICE OF HEARING ON DISMISSAL

Please take notice that a hearing will be held before the Honorable Robert D. Drain to consider dismissal of the above−captioned case for failure to pay the required filing fee. The court will conduct the hearing on this matter at:

Contact chambers for Zoom Meeting ID, and Password, RDD Zoom Videoconference

Date:6/22/21
Time:10:00 AM

Please be advised that the above−named debtor is being summoned due to failure to pay the filing fee and if the debtor pays the fee "PRIOR" to the day of the hearing, the hearing will be cancelled. All fee payments MUST be accompanied by a copy of this notice.

Dated: May 21, 2021                               Vito Genna
                                                  Clerk of the Court